LAW LIBRARY

NO. 28823

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Respondent-Plaintiff-Appellee

vs.

MILO MOSES, Petitioner-Defendant-Appellant.

JEAN R. KIKUMOTO CLERK, APPELLATE COURTS STATE OF HAWAII

2010 APR 12 AM 9: 53

FILED

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CR. NO. 05-1-1620)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Nakayama, J., for the court[1])

Petitioner-Defendant-Appellant's application for writ

of certiorari filed on March 1, 2010, is hereby rejected.

DATED:  Honolulu, Hawai'i, April 12, 2010.

FOR THE COURT:



Associate Justice

Joseph R. Mottl III
for petitioner-defendant-
appellant on the application

---

[1]Considered by: Moon, C.J., Nakayama, Acoba, Duffy, and Recktenwald, JJ.